UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 05-20530-CIV-ALTONAGA/Turnoff

CITY OF CORAL GABLES RETIREMENT SYSTEM,

    Plaintiff,

vs.

INVESCO INSTITUTIONAL (N.A.), INC.,

    Defendant.
_____/

### ORDER PROVIDING NOTICE THAT CASE WILL BE DISMISSED FOR FAILURE TO PROSECUTE

THIS CAUSE came before the Court *sua sponte*. Local Rule 41.1 provides, in part, that: "Civil actions not at issue which have been pending without any proceedings having been taken therein for more than three months may be dismissed for want of prosecution by the Court on its own motion after notice to counsel of record." This civil action has been pending without any proceedings having been taken therein for more than three months. Accordingly, it is

**ORDERED AND ADJUDGED** that on **December 17, 2005**, the case will be dismissed without prejudice for want of prosecution.

**DONE AND ORDERED** in Chambers at Miami, Florida this 7th day of December, 2005.

                                                              CECILIA M. ALTONAGA
                                                              UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge William C. Turnoff
        Counsel of record

