UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-20530-CIV-ALTONAGA/Turnoff

CITY OF CORAL GABLES RETIREMENT SYSTEM,

    Plaintiff,
vs.

INVESCO INSTITUTIONAL (N.A.), INC.,

    Defendant.
_____/

### ORDER ON MEDIATION RESULTS

THIS CAUSE came before the Court *sua sponte*. On May 19, 2006, this Court granted the parties' Joint Motion to Remove Case From Trial Calendar to allow the parties additional time for a mediation conference before Senior Judge Gerald Mager on May 18, 2006. The Court ordered the parties to file a joint mediation report of the results of the mediation conference on or before May 25, 2006. To date, no mediation report detailing the outcome of the mediation conference has been received by the Court, nor has the Court received a notice that the mediation conference was cancelled. Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **June 5, 2006**, the parties shall submit a Mediation Report indicating the results of the May 18, 2006 mediation conference.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of May, 2006.

                                              _____
                                              CECILIA M. ALTONAGA
                                              UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge William C. Turnoff
        Counsel of record

