UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-20530-CIV-ALTONAGA/Turnoff

CITY OF CORAL GABLES RETIREMENT SYSTEM,

    Plaintiff,

vs.

INVESCO INSTITUTIONAL (N.A.), INC.,

    Defendant.
_____/

### ORDER ON JOINT MEDIATION RESULTS

THIS CAUSE came before the Court on the parties' Joint Mediation Report, filed on June 2, 2006 (**D.E. 48**). Accordingly, it is

**ORDERED AND ADJUDGED** that on or before **July 2, 2006**, the parties shall submit a Status Report indicating the results of their mediation. No further extensions of time will be permitted.

**DONE AND ORDERED** in Chambers at Miami, Florida this _6_ day of June, 2006.

                                                CECILIA M. ALTONAGA
                                                UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge William C. Turnoff
        Counsel of record