UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



Case No. 05-20530-CIV-ALTONAGA/TURNOFF

CITY OF CORAL GABLES
RETIREMENT SYSTEM,

        Plaintiff,

v.

INVESCO INSTITUTIONAL
(N.A.), INC.,

        Defendant.
_____/

## SUPPLEMENTAL MEDIATION REPORT

The parties, by and through their undersigned counsel, hereby submit this Supplemental Mediation Report, and would show the following:

1. As stated in the Mediation Report filed by the parties on July 5, 2006, the parties were engaged in continuing settlement discussions on that date.

2. The parties now have reached a non-binding settlement in principle, subject to the negotiation, drafting and execution of a written settlement agreement. The agreement must be reviewed and approved by the plaintiff's board, which then will vote to authorize the plaintiff's trustee to execute the document.

ORLA_417603.1

3. The next meeting of the plaintiff's board is scheduled for August 25, 2006. The parties' undersigned counsel represent that they anticipate and expect that a final settlement agreement will be approved at that meeting, and executed on or within a few days after August 25. The parties then will file a Stipulation for Dismissal of this litigation with prejudice.

| *Attorneys for Plaintiff:* | *Attorneys for Defendant:* |
|---|---|
| CARLSON & LEWITTES, P.A. | FOLEY & LARDNER LLP |
| By: *[signature]* | By: *[signature]* per |
| Curtis Carlson | Richard S. Davis |
| Florida Bar No. 236640 | Florida Bar No. 991082 |
| One S.E. Third Avenue | 111 North Orange Avenue |
| Suite 1200 | Suite 1800 |
| Miami, FL 33131 | Orlando, FL 32801 |
| Telephone: 305.372.9700 | Telephone: 407.244.3260 |
| Facsimile: 305.372.8265 | Facsimile: 407.648.1743 |
| e-mail: carlson@carlson-law.net | e-mail: rdavis@foley.com |

ORLA_417603.1