**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 05-20530-CIV-ALTONAGA/TURNOFF

CITY OF CORAL GABLES
RETIREMENT SYSTEM,

    Plaintiff,

v.

INVESCO INSTITUTIONAL
(N.A.), INC.,

    Defendant.
_____/



FILED by _____ D.C.
OCT - 4 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## AGREED ORDER DISMISSING LAWSUIT WITH PREJUDICE

    Upon the parties' written Stipulation to Dismiss Lawsuit With Prejudice, **IT IS HEREBY ORDERED THAT:**

    This lawsuit is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this _4_ day of ___Oct.___, 2006.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Curtis Carlson
Richard S. Davis

ORLA_419264.4